THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND QUICK, Appellant. [815 NYS2d 865]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 28, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.